PROBATION FORM NO. 35     Report and Order Terminating Probation/
(DSC 8/17)     Supervised Release
    Prior to Original Expiration Date

# United States District Court

FOR THE

### District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| Rashad Dingle ) | Crim. No. 2:18CR01101-1 |

On March 12, 2020, the above-named individual was sentenced to a three (3) year term of supervised release. The term of supervision commenced on July 14, 2022. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to 18 U.S.C. § 3583(e)(1) and the Guide to Judiciary Policy, Vol. 8E, §360.20(c).

Respectfully submitted,

Joseph James
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this __8th__ day of __May__, 20 __24__.

The Honorable Bruce Howe Hendricks
United States District Judge